NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2004-1579

DENNIS N. PIXTON,

Plaintiff-Appellant,

v.

B&B PLASTICS, INC. (doing business as Gambler), MICHAEL SURMAN,
and JOAN BRINGGER
(as personal representative of the estate of Jack Russell Bringger, III)

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of
Florida in case no. 99-CV-6360, Judge Kenneth A. Marra.

ON MOTION

ORDER

Upon consideration of B&B Plastics, Inc. et al.'s unopposed motion for an extension of time until November 5, 2009, to file their brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gayle E. Halligan, Esq.
Jeff M. Brown, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 3 0 2009

JAN HORBALY
CLERK